IN UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JAN 0 4 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:22cr3 |
| JASON DENT, | Violations: 18 U.S.C. § 111(a)(1) |
| Defendant. | 18 U.S.C. § 111(b) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Assault of a Correctional Officer Resulting in Bodily Injury)

On or about April 27, 2021, in Preston County, West Virginia, in the Northern District of West Virginia, defendant **JASON DENT**, an inmate in the custody of the Bureau of Prisons at USP Hazelton, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in Section 1114 of Title 18 of the United States Code, namely B.H, a Special Investigative Services Lieutenant employed with the Federal Bureau of Prisons, while said officer was engaged in the performance of official duties, and, in doing so made physical contact with and inflicted bodily injury upon B.H., in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. IHLENFELD, II
United States Attorney

Christopher L. Bauer
Assistant United States Attorney